IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br>　　　Plaintiff,<br><br>Vs<br><br>THE UNIVERSITY OF NEBRASKA- LINCOLN;<br><br>TONI ANAYA,<br>*In her individual capacity*;<br><br>MEAGAN COUNLEY,<br>*In her individual and official capacities*;<br><br>and<br><br>JANE ROE<br>　　　Defendants. | Case No. 4:25-cv-03058-RFR-MDN<br><br><br>NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT |

**COMES NOW** Defendant, herein identified as "JANE ROE", and notices this Court and all other parties of her withdrawal of the Motion to Dismiss Plaintiff's Complaint filed with this Court on or about June 2, 2025.

　　　　　　　　　　　　　　　JANE ROE, DEFENDANT

　　　　　　　　　　　　　　　By:　*s/Lynae Tucker-Chellew*
　　　　　　　　　　　　　　　LYNAE TUCKER-CHELLEW #27521
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　Dornan, Howard, Breitkreutz,
　　　　　　　　　　　　　　　Dahlquist & Klein PC LLO
　　　　　　　　　　　　　　　1403 Farnam Street, Suite 232
　　　　　　　　　　　　　　　Omaha, Nebraska 68102
　　　　　　　　　　　　　　　(402) 884-7044 (phone)
　　　　　　　　　　　　　　　Lynae@dltlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 9, 2025 I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which automatically sent notification of such filing all attorneys of record. Parties served by the CM/ECF system are as follows:

| | |
|---|---|
| JOHN DOE<br>(Plaintiff) | Attorney for Plaintiff<br>Benjamin North, Virginia Bar No. 97439<br>BINNALL LAW GROUP, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>Telephone: (703) 888-1943<br>Fax: (703) 888-1930<br>ben@binnall.com |

          *s/Lynae Tucker-Chellew*
          Lynae Tucker-Chellew #27521
          Attorney for Defendant, Jane Roe