UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NEBRASKA-LINCOLN, et al.,<br><br>　　　　Defendants. | Civil Action No. 4:25-cv-03058 (RFR/MDN)<br><br><br>PLAINTIFF'S MOTION TO FILE CIVIL COVER SHEET UNDER SEAL |

## CONSENT MOTION TO FILE UNDER SEAL

Plaintiff John Doe's Motions for Leave to Proceed Under Pseudonym and Motion to File the Summons Under Seal has been granted; Plaintiff now seeks – with Defendant Jane Roe's consent – to file a civil cover sheet that contains the parties' true names under seal pursuant to this Court's instructions.

"The presumption of public access to judicial records may be overcome if the party seeking to keep the records under seal provides compelling reasons for doing so." *Flynt v. Lombardi*, 885 F.3d 508, 511 (8th Cir. 2018) (citing *In re Neal*, 461 f.3d 1048, 1053 (8th Cir. 2006). For the reasons this Court articulated in its May 7 Order (ECF No. 9), the parties' privacy interests outweigh the public's right to access to their identities at this stage. Pursuant to that order and this Court's further direction, Plaintiff requests to file a civil cover sheet naming the parties under seal, as well as any documents containing the parties' true names. Defendant Jane Roe consents and no other defendant has yet entered an appearance.

Dated: June 19, 2025                              Respectfully submitted,

                                                  *s/ Benjamin North*
                                                  Virginia Bar No. 97439
                                                  Attorney for Plaintiff
                                                  BINNALL LAW GROUP, PLLC
                                                  717 King Street, Suite 200
                                                  Alexandria, Virginia 22314
                                                  Telephone: (703) 888-1943
                                                  Fax: (703) 888-1930
                                                  ben@binnall.com

## CERTIFICATE OF SERVICE

I certify that on June 19, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Courts CM/ECF system, which will send a copy to all counsel of record.

*s/ Benjamin North*
Benjamin North
Virginia Bar No. 97439
Attorney for Plaintiff John Doe
