IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>Vs.<br><br>THE UNIVERSITY OF NEBRASKA- LINCOLN;<br><br>TONI ANAYA,<br>*In her individual capacity*;<br><br>MEAGAN COUNLEY,<br>*In her individual and official capacities*;<br><br>and<br><br>JANE ROE<br>    Defendants. | Case No. 4:25-cv-03058-RFR-MDN<br><br><br>UNOPPOSED<br>MOTION FOR PERMISSION<br>TO SEAL<br><br>(File Under Seal) |

COMES NOW the Defendant, Jane Roe, by and through undersigned counsel, and requests permission from the Court to seal this Motion as well as the Brief in Support of the Motion to Dismiss Amended Complaint on account of the information of the inadvertent disclosure of Plaintiff's identity in an attachment to the brief.

WHEREFORE, Defendant prays for the relief requested and for such other and further relief as the Court may deem just and equitable.

>JANE ROE, Defendant
>
>By:    s/Lynae Tucker-Chellew
>LYNAE TUCKER-CHELLEW #27521
>Attorney for Defendant
>Dornan, Howard,
>Breitkreutz & Klein PC, LLO
>1403 Farnam Street, Suite 232
>Omaha, Nebraska 68102
>(402) 884-7044
>Lynae@dltlawyers.com
>Attorney for Defendant, Jane Roe

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025 I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which automatically sent notification of such filing all attorneys of record. Parties served by the CM/ECF system are as follows:

| | |
|---|---|
| JOHN DOE<br>(Plaintiff) | Attorney for Plaintiff<br>Benjamin North<br>Virginia Bar No. 97439<br>BINNALL LAW GROUP, PLLC<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>Telephone: (703) 888-1943<br>Fax: (703) 888-1930<br>ben@binnall.com |

>*s/Lynae Tucker-Chellew*
>Lynae Tucker-Chellew #27521

2