IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br> v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA and MEAGAN COUNLEY, in her official capacity,<br><br>    Defendants. | 4:25CV3058<br><br>**ORDER OF CORRECTION** |

  This matter is before the Court on plaintiff John Doe's ("Doe") Motion to Clarify (Filing No. 48) that defendant Meagan Counley ("Counley") should remain as a defendant to his due-process claim in Count II of the First Amended Complaint (Filing No. 18). *See* Fed. R. Civ. P. 60(a) (providing for relief from clerical mistakes, oversights, and omissions in a court order). Doe points out that in the last sentence of its Memorandum and Order dated October 14, 2025 (Filing No. 47), the Court erroneously dismissed Counley as a defendant in this case when it should have only dismissed Doe's equal-protection claims in Counts III and IV as to her.

  Given that mistake,

  IT IS ORDERED:

1. Plaintiff John Doe's Motion to Clarify (Filing No. 48) is granted.
2. The Memorandum and Order dated October 14, 2025 (Filing No. 47) is hereby corrected to reflect that Counts III and IV of the First Amended Complaint (Filing No. 18) are dismissed without prejudice as to defendant Meagan Counley, but that she remains a defendant in her official capacity as to Count II.
3. The Memorandum and Order otherwise remains unchanged.

Dated this 20th day of October 2025.

                                      BY THE COURT:

                                      *[signature]*

                                      Robert F. Rossiter, Jr.
                                      Chief United States District Judge