# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN DOE,**<br><br>                 **Plaintiff,**<br><br>  vs.<br><br>**MEAGAN COUNLEY, In her individual and official capacities; and BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,**<br><br>                **Defendants.** | **4:25CV3058**<br><br>**ORDER** |

      To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### **WEBEX CASE CONFERENCE INSTRUCTIONS**

      For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

    Dial 1-855-244-8681
    Enter the access code: 2303 913 8807, then hit the # key

    Dated this 20th day of October, 2025.

                                                                         BY THE COURT:

                                                                         s/Michael D. Nelson
                                                                         United States Magistrate Judge