IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 4:25CV3058 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO DISCLOSE FERPA** |
| v. | ) | **PROTECTED INFORMATION AND** |
| | ) | **DOCUMENTS** |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY OF NEBRASKA, and | ) | |
| MEAGAN COUNLEY, In her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this Court on Defendants Board of Regents of the University of Nebraska ("BRUN") and Meagan Counley ("Counley") (collectively referred to as "Defendants") unopposed Motion for an Order to Release FERPA Protected Information. [Filing No. 68].

Upon due consideration thereof, **IT IS ORDERED THAT**:

1.      After Defendants have made reasonable effort to notify implicated non-parties as set forth in Paragraph 2 below, Defendants shall consider its FERPA obligations satisfied and shall disclose the following documents and information to Plaintiff: the entirety of non-privileged Title IX file relating to the allegations and complaint of Jane Roe against John Doe (Plaintiff), including all material, gathered or generated, from the initial contact with Institutional Equity and Compliance through the final adjudication of the matter.

2.      In accordance with 34 C.F.R. § 99.31, Defendants shall make reasonable efforts to notify affected non-party students of this Order in advance of providing the documents to counsel for Plaintiff. Such notice shall include:

   a.      A copy of this Order;

   b.      Identity of the records Defendants will provide;

c.    The specific date after which Defendants will provide the documents to counsel for Plaintiff;

d.    Inform the students that if they want to object to the release of records by Defendants, they must do so within 12-days of the receipt of the notice; and

e.    Inform the students that if they want to object to the release of records by Defendants, the student or their attorney likely would need to file a motion to that effect in the court from which the order was issued.

3.    Accordingly, Defendants' Motion for an Order to Release FERPA Protected Information [Filing No. 68] is granted, as set forth herein.

Dated this 19th day of March, 2026.

BY THE COURT:

_____

Michael D. Nelson
United States Magistrate Judge

2