IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | Case No. 4:25-CV-3058 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SERVICE** |
| | ) | **OF DEFENDANTS'** |
| v. | ) | **ANSWERS TO INTERROGATORIES,** |
| | ) | **RESPONSES TO REQUESTS FOR** |
| BOARD OF REGENTS OF THE | ) | **ADMISSIONS AND RESPONSES TO** |
| UNIVERSITY OF NEBRASKA and MEAGAN | ) | **REQUESTS FOR PRODUCTION OF** |
| COUNLEY, In her official capacity, | ) | **DOCUMENTS (FIRST SETS)** |
| | ) | |
| Defendants. | ) | |

COME NOW Defendants Board of Regents of the University of Nebraska ("BRUN"), and Meagan Counley, in her official capacity, collectively ("Defendants"), by and through their undersigned counsel, state that on the 17th day of April, 2026, they caused their respective Answers to Interrogatories, Responses to Requests for Admissions, and Responses to Requests for Production of Documents (First Sets) to be served on Plaintiff, by emailing the same to Plaintiff's counsel of record, Parker Bowman, at parker@binnall.com.

DATED this 17th day of April, 2026.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, and MEAGAN
COUNLEY, in her official capacity, Defendants

By:  /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
lamare@clinewilliams.com

AND

Bren H. Chambers #23150
Vice President and General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case as well as electronically transmitted.


/s/ Lily Amare
Lily Amare


4897-0884-7736, v. 2

2