# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA
### LINCOLN DIVISION

JOHN DOE,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF NEBRASKA, et al.,

    Defendants.

Civil Action No. 4:25-cv-03058 (RFR/MDN)

PLAINTIFF'S CERTIFICATE OF SERVICE OF RULE 26(a)(2) EXPERT IDENTIFICATION

Plaintiff John Doe hereby provides notice to the Court, pursuant to Federal Rule of Civil Procedures  26(a)(2), and NECivR 33.1(f), 34.1(b) and 36.1 (c), that he served the reports of his experts as identified on May 21, 2026, by electronic mail to Defendants' counsel: Susan K. Sapp at ssapp@clinewilliams.com; Lily Amare at lamare@clinewilliams.com; and Bren H. Chambers at bchambers@nebraska.edu.

Dated: June 18, 2026

Respectfully submitted,

s/ Parker Bowman
Parker Bowman
Virginia Bar No. 100389
Attorney for Plaintiff
Binnall Law Group
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
parker@binnall.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

s/ Parker Bowman
Parker Bowman
Virginia Bar No. 100389
Attorney for Plaintiff

2